IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOWARD R. ATHON, JR., | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:06-cv-1 (CAR) |
| DIRECT MERCHANTS BANK, | : |
| Defendant. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed April 11, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action with prejudice.

This 11th day of April, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**